```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

              CASE NO. 08-14014-CR-MARTINEZ/LYNCH
```

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CLARENCE EDGAR ALEXANDER,

        Defendant.

_____/

**GOVERNMENT'S RESPONSE IN SUPPORT OF DEFENDANT'S
MOTION TO MODIFY SENTENCE (DE 261)**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files the following response:

The Movant has been released from prison, on January 27, 2015, on home confinement. (DE 262)  He is eligible for the 2 level reduction from OGS 25 to level 23, criminal history V.  His new guidelines are 84 to 105 months.  His prior sentence was originally at the low end of 100-125 months range, followed by 5 years supervised release, which included the 60 month mandatory minimum (DE 191).  A sentence at the low end would be 84 months, including the 60 month mandatory minimum.

WHEREFORE, the Government respectfully requests the Court issue an Order lowering the Defendant's sentence to 84 months, followed

1

by 5 years supervised release and all other requirements of initial sentence.

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

By    *s/ Carmen M. Lineberger*
        Carmen M. Lineberger (Court #A5501180)
        EMAIL: carmen.lineberger@usdoj.gov
        Assistant United States Attorney
        101 South U.S. Hwy. 1, Ste. 3100
        Fort Pierce, Florida 34950
        TEL: 772-466-0899
        FAX: 772-466-1020
        Attorney for Respondent U.S.A.

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/Carmen M. Lineberger*
Carmen M. Lineberger
Assistant United States Attorney

## SERVICE LIST

**Carmen M. Lineberger**
Assistant U.S. Attorney
carmen.lineberger@usdoj.gov
101 South U.S. Hwy.1, Ste. 3100
Fort Pierce, FL 34950
TEL: 772-466-0899
FAX: 772-466-1020
Attorney for U.S.A.
Method of Service: CM/ECF

**Clarence E. Alexander, Jr.**
Pro Se, Defendant
9729 Pine Street
Micco, FL 32976
Method of Service: U.S. Mail