Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

United States of America

v.

CLARENCE EDGAR ALEXANDER

Case No: 08-14014-CR-MARTINEZ

USM No: 76036-004

Date of Original Judgment:      11/14/2008

Date of Previous Amended Judgment: _____

*(Use Date of Last Amended Judgment if Any)*

Pro Se

*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

     ☑DENIED.    ☐GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Defendant's projected release is July 2015, which is before any sentencing reductions under Amendment 782 may be applied.

Except as otherwise provided, all provisions of the judgment dated    11/14/2008    shall remain in effect.

**IT IS SO ORDERED**.

Order Date:    11 March 2015

Effective Date: _____

*(if different from order date)*

*Judge's signature*

JOSE E. MARTINEZ UNITED STATES DISTRICT JUDGE

*Printed name and title*